## MATHIS *v.* THE STATE.

COBB, J. The evidence amply warranted the verdict, and none of the assignments of error disclose any sufficient reason for reversing the judgment.
*Judgment affirmed.　All the Justices concur, except Simmons, C. J., absent.*

Submitted July 10, — Decided August 1, 1905.

Accusation of selling liquor.　Before Judge Henderson.　City court of Vienna.　May 31, 1905.

*Watts Powell* and *Busbee & Busbee*, for plaintiff in error.
*E. F. Strozier, solicitor,* contra.